*Messrs. McConnell & McConnell,* for Relators.

*Mr. E. A. Carleton,* for Respondents.

---

No. 2,383.—CUDAHY PACKING CO., RESPONDENT, *v.* D. DORAIS, APPELLANT.

*Appeal from District Court, Silver Bow County; John B. McClernan,* Judge.

Decided February 28, 1907.

PER CURIAM.—Respondent's motion to dismiss the appeal herein, supported by affidavit, is hereby sustained and the appeal dismissed.

*Mr. John A. Kirk,* and *Mr. Charles A. Wallace,* for Appellant.

*Messrs. Binnard & Rodger,* for Respondent.